IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-00374-MSK-MEH

AMCO INSURANCE COMPANY,

       Plaintiff,

v.

HIGH COUNTRY BANK,

       Defendant.

## ORDER

THIS MATTER is before the Court on the Motion for Substitution of Counsel **(#16),** which the Court is treating as a motion to withdraw. The Court being fully advised in the foregoing,

**ORDERS** that the Motion **(#16) is GRANTED.** Brendan O'Rourke is no longer counsel of record for the Defendant.

Dated this 23rd day of March, 2007

                                           **BY THE COURT:**

                                           Marcia S. Krieger
                                           United States District Judge